STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MICHAEL DEVINO, DEFENDANT-PETITIONER.

*Mr. Charles Frankel* and *Mr. Paul J. Feldman* for the petitioner.

*Mr. Vincent P. Keuper* and *Mr. Arnold B. Levin* for the respondent.

April 14, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. SALVATORE LA MAGRA, DEFENDANT-PETITIONER.

*Mr. Charles Frankel* and *Mr. Paul J. Feldman* for the petitioner.

*Mr. Vincent P. Keuper* and *Mr. Arnold B. Levin* for the respondent.

April 14, 1970. Denied.

SAMUEL SHEITELMAN, INC. T/A THE MART, PLAINTIFF-PETITIONER, v. CHARLES HOFFMAN, T/A HOFFMAN CHAIR CO., DEFENDANT-RESPONDENT.

*Messrs. Pettit, Carlton & Higgins* for the petitioner.

*Mr. Samuel A. Gennet* and *Mr. William D. Bierman* for the respondent.

April 14, 1970. Denied.